**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Aberdeen Enterprises, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 04-3417521 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **376 Gin Ln** <br> **Southampton, NY 11968-5077** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk** <br> County | **Location of principal assets, if different from principal place of business** <br><br> **376 Gin Ln Southampton, NY 11968-5077** <br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL) _____

6.  **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | **Aberdeen Enterprises, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5313_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor   **Aberdeen Enterprises, Inc.**

Case number (*if known*) _____

Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Brickchurch Enterprises, Inc.** | Relationship | **Affiliate** |
| District | **Eastern New York** When **4/30/22** | Case number, if known | **22-70914** |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Aberdeen Enterprises, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Aberdeen Enterprises, Inc.**                                          Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  2, 2023**
               MM / DD / YYYY

**X /s/ Louise Blouin**                                    **Louise Blouin**
Signature of authorized representative of debtor           Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Kevin J. Nash**                          Date **August  2, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**125 Park Ave Fl 12**
**New York, NY 10017-5690**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**       Email address    **knash@gwflaw.com**

**Kevin J. Nash**
Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                      Chapter 11

ABERDEEN ENTERPRISES, INC.,                                 Case No.

                                    Debtor.
--------------------------------------------------------------x

## DEBTOR'S DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Louise Blouin declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.      I am the 100% equity holder of Aberdeen Enterprises BVI, which is the 100% equity holder of Aberdeen Enterprises, Inc. (the "Debtor").  I am also a director and officer of the Debtor and, as such, I am fully familiar with the facts and circumstances set forth herein.  I respectfully submit this Declaration pursuant to Local Rule 1007-4 to assist the Court, creditors and other parties-in-interest in understanding the circumstances necessitating the filing of this Chapter 11 case and the Debtor's plan to emerge from bankruptcy.

2.      The Debtor is the owner of very valuable, if not iconic, ocean front property in Southampton at 376 Gin Lane (the "Debtor Property"), which I hoped to refinance or sell to avert foreclosure.  The current lender has not been cooperative, and appears interested in proceeding with foreclosure, leaving the Debtor no choice except to seek Chapter 11 relief to preserve substantial equity in the Debtor Property.

3.      The Debtor is an affiliate of Brickchurch Enterprises, Inc. ("Brickchurch") which owns the contiguous parcel of ocean front property located at 366 Gin Lane in Southampton, NY.  Brickchurch is already the subject of a pending Chapter 11 case filed before the Hon. Alan S. Trust on April 30, 2022 under Case No. 22-70914 (AST).  The Debtor's Chapter 11 petition is being

filed as a related proceeding and could potentially be jointly administered, although the Debtor's financial and legal issues are distinct. Specifically, the Debtor Property is encumbered by a first mortgage in the amount of approximately $15,480,245.90 held by Morgan Stanley Private Bank N.A. ("Morgan Stanley"). Morgan Stanley is not a direct creditor of Brickchurch and has no claim against the property at 366 Gin Lane.

4.     Morgan Stanley obtained a judgment of foreclosure on September 7, 2022. A foreclosure sale is scheduled for August 3, 2023 at 11:00 a.m.

5.     The two contiguous properties owned by the Debtor and Brickchurch comprise a four-acre estate compound with 400 feet of bulkhead beach front on the Atlantic Ocean. The compound is one of the finest oceanfront estates in the Hamptons. From the time that I acquired the compound almost 25 years ago until recently, I used the main house (*i.e.,* the Debtor Property) as one of my residences. Accordingly, I submit that, as a residence, the Debtor is not a single asset real estate entity.

6.     In addition to the first mortgage held by Morgan Stanley, the Debtor Property is potentially subject to a second mortgage lien asserted by JGB Partners LP and its affiliates ("JGB"), to secure a loan in the original principal sum of $26 million made to both the Debtor and Brickchurch. The second mortgage was recently assigned by Bay Point Capital Partners II, LP ("Bay Point"). The second mortgage, however, is disputed by reason of a prior satisfaction of a judgment obtained by JGB and the matter is being separately litigated in the Supreme Court, Suffolk County.

7.     The Property is also encumbered by Federal tax liens in the aggregate amount of approximately $4.7 million.

8.      A third mortgage lien in the amount of approximately $18 million, junior to the Federal tax liens, secures a loan made directly by Bay Point, and is allegedly cross collateralized by both the Debtor Property and the Brickchurch Property.  To round out the capital structure, there is also a disputed mechanic's lien  in the amount of approximately $94,000.

9.      Conversely, the Debtor Property has been appraised for as much as $73 million, while the Brickchurch property has been separately appraised at $63 million.  The Debtor believes that the two Properties can be sold or refinanced to satisfy all legitimate debts in full.  However, the prospect of a foreclosure will cause a terrible freefall of significant value.

**Local Rule 1007-4 Disclosures**

10.     Pursuant to Local Rule 1007-4(a)(iv) and (v), no committees were formed prior to the filing of the Debtor's Chapter 11 Petition.

11.     Pursuant to Local Rule 1007-4(a)(vi), the list of the 20 largest creditors is filed herewith.

12.     Pursuant to Local Rule 1007-4(a)(vii), the schedule of secured creditors is filed herewith.

13.     Pursuant to Local Rule 1007-4(a)(viii), the Debtor's primary asset is the Property. A complete list of all assets and liabilities will be set forth in the bankruptcy schedules to be filed herein.

14.     Pursuant to Local Rule 1007-4(a)(ix), the equity interests in the Debtor are not publicly traded, but are held solely by Aberdeen Enterprises BVI, which in turn is owned by the undersigned as the 100% shareholder.

15.     Pursuant to Local Rule 1007-4(a)(x), none of the Debtor's assets are in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor.

16.     Pursuant to Local Rule 1007-4(a)(xi), the Debtor does not rent the Property and there are no current leases or tenants.

17.     Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are in my possession.

18.     Pursuant to Local Rule 1007-4(a)(xiii), a list of pending lawsuits is filed herewith.

19.     Pursuant to Local Rule 1007-4(a)(xiv), I am the President of the Debtor, serving without salary or other compensation.

Dated:    August 2, 2023

/s/ Louise Blouin

## CORPORATE RESOLUTION

WHEREAS, at a special meeting of the 100% Shareholder (Aberdeen Enterprises BVI), acting by and through Louise Blouin who also serves as the Officer and Director, of Aberdeen Enterprises Inc. (the "Company"), held on August 2, 2023, and after a motion duly made and carried, it is

RESOLVED, that the Company is authorized to file for relief under the provisions of Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court of the Eastern District of New York; and it is further

RESOLVED, that Louise Blouin is hereby authorized, directed and empowered to execute and deliver, on behalf of the Company, a bankruptcy petition and all documents and the instruments that may be required in connection therewith, and to perform all other acts and things, as may be required in connection with the respective bankruptcy proceedings; and it is further

RESOLVED, that the Company is authorized to retain the firm of Goldberg Weprin Finkel Goldstein LLP as its bankruptcy counsel.

Dated: August 2, 2023

By:     /s/ Louise Blouin

UNITED STATES BANKRUPTCY COURT
EASTERN OF NEW YORK
-------------------------------------------------------------x
In re:                                                                      Chapter 11

ABERDEEN ENTERPRISES, INC.                                  Case No.

                                            Debtor.
-------------------------------------------------------------x

# LIST OF LAWSUITS

1. Morgan Stanley Private Bank, N.A. v. Aberdeen Enterprises, Inc. et al.
   Supreme Court, Suffolk County
   Index No. 623196/2019

   Attorneys for Plaintiffs:
   Roach & Lin P.C.
   6851 Jericho Turnpike, Suite 185
   Syosset, NY 11791

2. JGB Partners LP et al v. Brickchurch Enterprises, Inc., Aberdeen Enterprises,
   Inc. et al.
   Supreme Court, Suffolk County
   Index No. 623203/2019

   Attorneys for Defendants:
   Haynes & Boone LLP
   30 Rockefeller Plaza, 26th Floor
   New York, NY 10112

Dated:    August 2, 2023

                                        Aberdeen Enterprises, Inc.


                                        By:      /s/ Louise Blouin

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                    Chapter 11

ABERDEEN ENTERPRISES, INC.                                Case No.

                                    Debtor.
--------------------------------------------------------------x

**BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

               Pursuant to Bankruptcy Rule 7007.1, Aberdeen Enterprises, Inc. certifies that it is

a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which

are publicly held.


Dated:    August 2, 2023

                              Aberdeen Enterprises, Inc.


                              By:    /s/ Louise Blouin

Fill in this information to identify the case:

Debtor name  **Aberdeen Enterprises, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August  2, 2023**          X **/s/ Louise Blouin**
                                              Signature of individual signing on behalf of debtor

                                              **Louise Blouin**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Aberdeen Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bay Point Capital Partners II L.P. Thompson Hine LLP 3560 Lenox Rd NE Ste 1600 Atlanta, GA 30326-4274 | | | Unliquidated Disputed | $18,000,000.00 | $70,000,000.00 | $7,180,254.90 |
| Brickchurch Enterprises, Inc. 366 Gin Ln Southampton, NY 11968-5077 | | | Unliquidated Disputed | | | $0.00 |
| Dream Yard Landscaping 53 Stern Ave Flanders, NY 11901-4116 | | Mechanic's Lien | | $94,012.98 | $70,000,000.00 | $94,012.98 |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | Tax | Unliquidated Disputed | | | $0.00 |
| Southampton Town Receiver of Taxes 116 Hampton Rd Southampton, NY 11968-4934 | | | Unliquidated Disputed | | | $0.00 |
| Suffolk County Comptroller 330 Center Dr Riverhead, NY 11901-3395 | | | Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Aberdeen Enterprises, Inc.**                                    Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Suffolk County Water Authority 4060 Sunrise Hwy Ste 100 Oakdale, NY 11769-1005** | | | **Unliquidated Disputed** | | | **$0.00** |
| **Village of Southampton 23 Main St Southampton, NY 11968-4808** | | **Taxes** | **Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Aberdeen Enterprises, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Aberdeen Enterprises, Inc.**                                    Case number *(If known)* _____
Name

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **376 Gin Ln, Southampton, NY 11968-5077** | Fee Simple | $73,000,000.00 | Appraisal | $73,000,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $73,000,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    __Aberdeen Enterprises, Inc._____    Case number *(If known)* _____
          Name

Debtor    **Aberdeen Enterprises, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................> | | $73,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $73,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $73,000,000.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| **Fill in this information to identify the case:** |
|---|

Debtor name      **Aberdeen Enterprises, Inc.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property       **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** **Bay Point Capital  Partners II, L.P.**
Creditor's Name

**Thompson Hine LLP
3560 Lenox Rd NE Ste 1600
Atlanta, GA 30326-4274**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Morgan Stanley
2. Bay Point Capital Partners II, L.P.
3. Internal Revenue Service
4. Bay Point Capital Partners II L.P.
5. Dream Yard Landscaping**

**Describe debtor's property that is subject to a lien**
**376 Gin Ln, Southampton, NY 11968-5077**

**Describe the lien**
**Assignee of JGB Partners LP**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

|  | **$39,000,000.00** | **$73,000,000.00** |
|---|---|---|

**2.2** **Bay Point Capital Partners II L.P.**
Creditor's Name

**Thompson Hine LLP
3560 Lenox Rd NE Ste 1600
Atlanta, GA 30326-4274**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**376 Gin Ln, Southampton NY 11968-5077**

**Describe the lien**
**Mortgage Lien**

|  | **$18,000,000.00** | **$73,000,000.00** |
|---|---|---|

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Aberdeen Enterprises, Inc.**
_____
Name

Case number (if known) _____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Morgan Stanley
2. Bay Point Capital
Partners II, L.P.
3. Internal Revenue
Service
4. Bay Point Capital
Partners II L.P.
5. Dream Yard
Landscaping**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 | **Dream Yard Landscaping** | |
| --- | --- | --- |

Creditor's Name

**53 Stern Ave
Flanders, NY 11901-4116**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Morgan Stanley
2. Bay Point Capital
Partners II, L.P.
3. Internal Revenue
Service
4. Bay Point Capital
Partners II L.P.
5. Dream Yard
Landscaping**

**Describe debtor's property that is subject to a lien**
**376 Gin Ln, Southampton, NY 11968-5077**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$94,012.98    $73,000,000.00

---

| 2.4 | **Internal Revenue Service** | |
| --- | --- | --- |

Creditor's Name

**Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA
19101-7346**

**Describe debtor's property that is subject to a lien**
**376 Gin Ln, Southampton, NY 11968-5077**

$4,700,000.00    $73,000,000.00

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Aberdeen Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Federal Tax Lien**<br>_____ |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Morgan Stanley**<br>**2. Bay Point Capital Partners II, L.P.**<br>**3. Internal Revenue Service**<br>**4. Bay Point Capital Partners II L.P.**<br>**5. Dream Yard Landscaping** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.5 | **JGB Partners, LP** | **Describe debtor's property that is subject to a lien** | **unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**21 Charles St**
**Westport, CT 06880-5803**

**Claim of JGB Partners, LP and its affiliates was assigned to Bay Point Capital Partners II LP and is listed only for notice purposes**

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed |

---

| 2.6 | **Morgan Stanley** | **Describe debtor's property that is subject to a lien** | **$15,480,254.90** | **$73,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**1 Penn Plz Fl 43**
**New York, NY 10119-4323**

**376 Gin Ln, Southampton, NY 11968-5077**

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Aberdeen Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Morgan Stanley** | ☐ Disputed |
| **2. Bay Point Capital Partners II, L.P.** | |
| **3. Internal Revenue Service** | |
| **4. Bay Point Capital Partners II L.P.** | |
| **5. Dream Yard Landscaping** | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$77,274,267.88**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Anne Rosenbach PC** **3 Delta Rd** **Massapequa, NY 11758-5504** | Line __2.3__ | |
| **Edward J. Murphy** **DOJ-Tax** **PO Box 55** **Washington, DC 20044-0055** | Line __2.4__ | |
| **Haynes and Boone LLP** **30 Rockefeller Plz Fl 26** **New York, NY 10112-0086** | Line __2.5__ | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Aberdeen Enterprises, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**NYS Dep't of Taxation**
**Bankruptcy/Special Procedure**
**PO Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Total claim: **unknown**    Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2**   Priority creditor's name and mailing address

**Southampton Town Receiver of Taxes**

**116 Hampton Rd**
**Southampton, NY 11968-4934**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Total claim: **unknown**    Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Aberdeen Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | $0.00 |
|---|---|---|---|---|
| | **Suffolk County Comptroller** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **330 Center Dr** | ■ Unliquidated | | |
| | **Riverhead, NY 11901-3395** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | $0.00 |
|---|---|---|---|---|
| | **Village of Southampton** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **23 Main St** | ■ Unliquidated | | |
| | **Southampton, NY 11968-4808** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|
| | **Brickchurch Enterprises, Inc.** | ☐ Contingent | |
| | | ■ Unliquidated | |
| | **366 Gin Ln** | ■ Disputed | |
| | **Southampton, NY 11968-5077** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|
| | **Suffolk County Water Authority** | ☐ Contingent | |
| | | ■ Unliquidated | |
| | **4060 Sunrise Hwy Ste 100** | ■ Disputed | |
| | **Oakdale, NY 11769-1005** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **NY State Attorney General** **28 Liberty St** **New York, NY 10005-1400** | Line **2.1** ☐ Not listed. Explain ____ | _ |

| Debtor | Aberdeen Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Suffok County Attorney**<br>**100 Veterans Hwy**<br>**Hauppauge, NY 11788-5402** | Line __2.3__<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

**Fill in this information to identify the case:**

Debtor name     **Aberdeen Enterprises, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name **Aberdeen Enterprises, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Brickchurch Enterprises, Inc.** | **366 Gin Ln Southampton, NY 11968-5077** | **Bay Point Capital Partners II, L.P.** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Brickchurch Enterprises, Inc.** | **366 Gin Ln Southampton, NY 11968-5077** | **Bay Point Capital Partners II L.P.** | ☑ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Louise Blouin** | | **Internal Revenue Service** | ☑ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Louise Blouin** | | **Morgan Stanley** | ☑ D __2.6__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Aberdeen Enterprises, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................................................    $    **73,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................................    $    **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................................    $    **73,000,000.00**

---

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **77,274,267.88**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **0.00**

4.   **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b       $    **77,274,267.88**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**United States Bankruptcy Court**
**Eastern District of New York, Central Islip Division**

IN RE:                                                          Case No. _____

Aberdeen Enterprises, Inc.                                     Chapter **11** _____
_____
                              Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **August  2, 2023**_____        */s/ Louise Blouin*_____
                                                Debtor


                                                _____
                                                Joint Debtor


                                                */s/ Kevin J. Nash*_____
                                                Attorney for Debtor

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Anne Rosenbach PC
3 Delta Rd
Massapequa, NY  11758-5504


Bay Point Capital  Partners II, L.P.
Thompson Hine LLP
3560 Lenox Rd NE Ste 1600
Atlanta, GA  30326-4274


Bay Point Capital Partners II L.P.
Thompson Hine LLP
3560 Lenox Rd NE Ste 1600
Atlanta, GA  30326-4274


Brickchurch Enterprises, Inc.
366 Gin Ln
Southampton, NY  11968-5077


Dream Yard Landscaping
53 Stern Ave
Flanders, NY  11901-4116


Edward J. Murphy
DOJ-Tax
PO Box 55
Washington, DC  20044-0055


Haynes and Boone LLP
30 Rockefeller Plz Fl 26
New York, NY  10112-0086

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


JGB Partners, LP
21 Charles St
Westport, CT  06880-5803


Morgan Stanley
1 Penn Plz Fl 43
New York, NY  10119-4323


NY State Attorney General
28 Liberty St
New York, NY  10005-1400


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300


Southampton Town Receiver of Taxes
116 Hampton Rd
Southampton, NY  11968-4934


Suffok County Attorney
100 Veterans Hwy
Hauppauge, NY  11788-5402

Suffolk County Comptroller
330 Center Dr
Riverhead, NY  11901-3395


Suffolk County Water Authority
4060 Sunrise Hwy Ste 100
Oakdale, NY  11769-1005


Village of Southampton
23 Main St
Southampton, NY  11968-4808