# **<u>Exhibit H</u>**

# **Exhibit H-1**

COUNTY OF SUFFOLK, STATE OF NEW YORK
-------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF**

**WRITTEN CONSENT OF THE SOLE STOCKHOLDER OF ABERDEEN ENTERPRISES, INC. IN LIEU OF MEETING, DATED JULY 18, 2023 & EXHIBIT A**

**ABERDEEN ENTERPRISES, INC.**
Recipient.
-------------------------------------------------------------------x
STATE OF NEW YORK, COUNTY OF SUFFOLK, ss:

Matthew Morgan, being duly sworn, deposes and says that your deponent is not a party to this proceeding, is over eighteen years of age and resides in the County of Suffolk and State of New York.

That on <u>July 18th, 2023</u> at <u>1:29 PM</u>, at <u>376 Gin Lane, Southampton, New York 11968</u>, deponent served the Written Consent of the Sole Stockholder of Aberdeen Enterprises, Inc. in Lieu of Meeting, dated July 18, 2023 and Exhibit A on the recipient, **Aberdeen Enterprises, Inc.,** by affixing a true copy of the legal documents to the front entry door of said premises located within New York State. Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion thereat to accept service, having called there on, 7/18/23 at 1:29 PM, and affixed a true copy of the legal documents to the front entry door of said premises on 7/18/23 at 1:29 PM.

Sworn to before me on this
21st, Day of July 2023

_____
Notary

XIMENA BENITO
Notary Public, State of New York
No. 01BE6422588
Qualified in Suffolk County
Commission Expires 9/27/2025

_____
Matthew Morgan, Process Server
Court Support, Inc.

# Exhibit H-2

AFFIDAVIT OF SERVICE

Aberdeen Enterprises, Inc.
c/o The Corporation Trust Company,
as registered agent for Aberdeen Enterprises, Inc.,
Corporation Trust Center,
1209 Orange Street,
Wilmington, Delaware 19801

STATE OF DELAWARE }
}ss.
COUNTY OF NEW CASTLE }

I, Robert Smith, of Court Support Inc., the State of Delaware, County of New Castle, being duly sworn, says that on the 18th day of July, 2023 at 12:29 p.m., I personally served a copy of a WRITTEN CONSENT OF THE SOLE STOCKHOLDER OF ABERDEEN ENTERPRISES, INC. IN LEIU OF MEETING with supporting documents on **ABERDEEN ENTERPRISES, INC.,** by serving the registered agent, The Corporation Trust Company at 1209 Orange Street Wilmington, DE 19801.

Name of individual accepting service: Nadia Bellamy – Intake Specialist. Description of individual: African American Female, 20-30 yrs. old, 160lbs., 5'6" with brown hair.

_____

Subscribed and sworn before me
This 19th day of July, 2023

_____
Notary Public

My commission expires: _____