# **Exhibit J**

To be filed subsequently.