# **Exhibit M**

**UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF
ABERDEEN ENTERPRISES, INC.**

**JULY 18, 2023**

The undersigned, being the sole member of the board of directors (the "***Board***") of Aberdeen Enterprises Inc., a Delaware corporation (the "***Corporation***"), hereby adopts, by this action by written consent in lieu of a meeting (this "***Written Consent***") in accordance with the Delaware General Corporation Law, the following resolutions with the same force and effect as if they had been adopted at a duly convened meeting of the Board:

**Election of Officers**

RESOLVED, that the following individuals shall be, and each hereby is, appointed to the office appearing opposite his name below, to serve until his respective successor is duly elected and qualified or until the earlier resignation or removal:

| Name | Office |
|---|---|
| Charles Andros | President and Chief Executive Officer |
| Charles Andros | Treasurer |
| Charles Andros | Secretary |

FURTHER RESOLVED, that all other individuals serving as officers, and not appointed herein, are hereby removed from office.

**Delaware Annual Reports and Franchise Taxes**

FURTHER RESOLVED, that the officers of the Corporation shall be, and each of them hereby is, authorized, empowered and directed to file the Corporation's 2022 and 2023 annual reports with the Secretary of State of Delaware and pay the associated Delaware franchise taxes for such years.

**Enabling Resolution**

FURTHER RESOLVED, that any act taken or done by any officer or agent of the Corporation to facilitate the transactions contemplated by these resolutions is hereby ratified and approved; and the officers and agents of the Corporation are authorized and directed to do such further acts and deeds, and to execute, acknowledge, file, and deliver for and on behalf of the Corporation such other agreements, documents, papers, and instruments as they deem necessary, appropriate, advisable, or required, in order to effectuate the purpose and intent of these resolutions and to resolve, in their individual discretion, all questions of method, form, and detail; and the taking of any such acts and deeds, and the execution and delivery of any such documents, papers, and instruments is hereby ratified and approved;

   FURTHER RESOLVED, any copy, facsimile or other reliable reproduction of this action by Written Consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used;

   FURTHER RESOLVED, that an executed copy of this Written Consent shall be filed with the minutes of the proceedings of the Board.

[*Signature page follows*]

IN WITNESS WHEREOF, the undersigned director has duly executed this Written Consent as of the date set forth above.

DIRECTOR:

_____
Charles Andros

*Signature Page to Written Consent of Directors (Aberdeen Enterprises, Inc.)*