# **Exhibit O**

DocuSign Envelope ID: EB73A55F-BD2D-41E9-AE2C-A5EE961D60CF

# ABERDEEN ENTERPRISES, INC.

Registration # 2887158
(Delaware Corporation)

July 18, 2023

## REGISTER OF SHAREHOLDERS

| Certificate Number | Name of Member | Address | Number & Class/Series of Shares | Date of Issue | Date Ceased to be Member | Date of Transference | New Certificate Number |
|---|---|---|---|---|---|---|---|
| 1 | Aberdeen Enterprises (BVI) Ltd. | Tortola, British Virgin Islands | 100 Shares of Common Stock, par value of US $.01 | April 22, 1998 (replaced as lost on December 9, 2022) | July 18, 2023 | July 18, 2023 | 2 |
| 2 | Bay Point Capital Partners II, LP | 3050 Peachtree Road NW, Suite 740, Atlanta, GA, 30305, USA | 100 Shares of Common Stock, par value of US $.01 | July 18, 2023 | | | |

The above-referenced Company hereby certifies that the foregoing Register of Shareholders accurately reflects the shareholder(s) of the Company identified above.

ABERDEEN ENTERPRISES, INC.

By: _Charles Andros_
0E767AFAAF204BE...

Charles Andros, President and CEO