# **Exhibit Q**

To be filed subsequently.