# Exhibit S

DocuSign Envelope ID: EB73A55F-BD2D-41E9-AE2C-A5EE961D60CF

<u>STOCK POWER</u>

       The undersigned, hereby sells, assigns and transfers to Bay Point Capital Partners II, LP, the 100 shares of common stock, $.01 par value, of Aberdeen Enterprises, Inc., a Delaware corporation (the "<u>Corporation</u>"), standing in his name on the books of the Corporation and constituting part of the shares represented by Certificate(s) No. 1 herewith.

Dated:  July 18, 2023

       **Bay Point Capital Partners II, LP,** *pursuant to the rights and authority granted to it under that certain Pledge and Security Agreement dated December 9, 2022, by and between Aberdeen Enterprises (BVI), Ltd. and Bay Point Capital Partners II, LP*

       *By: Bay Point Advisors LLC, its General Partner*

By:              *Charles Andros*
                DocuSigned by: / 8E767AFAAF204BE...

       Charles Andros, its Manager