# **<u>Exhibit T</u>**

DocuSign Envelope ID: EB73A55F-BD2D-41E9-AE2C-A5EE961D60CF

# ABERDEEN ENTERPRISES, INC.

Registration # 2887158
(Delaware Corporation)

July 18, 2023

## REGISTER OF SHAREHOLDERS

| Certificate Number | Name of Member | Address | Number & Class/Series of Shares | Date of Issue | Date Ceased to be Member | Date of Transference | New Certificate Number |
|---|---|---|---|---|---|---|---|
| 1 | Aberdeen Enterprises (BVI) Ltd. | Tortola, British Virgin Islands | 100 Shares of Common Stock, par value of US $.01 | April 22, 1998 (replaced as lost on December 9, 2022) | July 18, 2023 | July 18, 2023 | 2 |
| 2 | Bay Point Capital Partners II, LP | 3050 Peachtree Road NW, Suite 740, Atlanta, GA, 30305, USA | 100 Shares of Common Stock, par value of US $.01 | July 18, 2023 | | | |

The above-referenced Company hereby certifies that the foregoing Register of Shareholders accurately reflects the shareholder(s) of the Company identified above.

ABERDEEN ENTERPRISES, INC.

By:  BAY POINT CAPITAL PARTNERS II, LP, *pursuant to power of attorney granted pursuant that certain Loan and Security Agreement, dated November 9, 2022, by and between Brickchurch Enterprises, Inc. and Aberdeen Enterprises, Inc., on one hand, and Bay Point Capital Partners II, LP, on the other hand.*

By:  BAY POINT ADVISORS LLC, its General Partner

By: ___*Charles Andros*___
Charles Andros, its Manager