# **Exhibit U**

**WRITTEN CONSENT OF
THE SOLE STOCKHOLDER OF
ABERDEEN ENTERPRISES, INC.
IN LEIU OF MEETING**

**JULY 18, 2023**

Bay Point Capital Partners II, LP, a Delaware limited partnership (the "*Stockholder*"), being the sole stockholder of Aberdeen Enterprises, Inc., a Delaware corporation (the "*Corporation*"), acting by written consent without a meeting in accordance with Delaware General Corporation Law, hereby adopts the following resolutions in lieu of meeting:

RESOLVED, that the number of directors of the Board of Directors of the Corporation (the "*Board*") be, and it hereby is, fixed at one (1);

FURTHER RESOLVED, that Mathew Kabatoff and all other persons, if any, other than Charles Andros, are hereby removed as directors of the Corporation;

FURTHER RESOLVED, that Charles Andros be, and hereby is, elected as a director of the Corporation to serve until the next meeting of the Stockholder (or action by written consent in lieu thereof) for the election of directors, and until his respective successor is duly qualified and elected.

**Enabling Resolution**

FURTHER RESOLVED, that any act taken or done by any officer or agent of the Corporation to facilitate the transactions contemplated by these resolutions is hereby ratified and approved; and the officers and agents of the Corporation are authorized and directed to do such further acts and deeds, and to execute, acknowledge, file, and deliver for and on behalf of the Corporation such other agreements, documents, papers, and instruments as they deem necessary, appropriate, advisable, or required, in order to effectuate the purpose and intent of these resolutions and to resolve, in their individual discretion, all questions of method, form, and detail; and the taking of any such acts and deeds, and the execution and delivery of any such documents, papers, and instruments is hereby ratified and approved.

FURTHER RESOLVED, any copy, facsimile or other reliable reproduction of this action by written consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used.

FURTHER RESOLVED, this action by written consent shall be filed with the minutes of the proceedings of the Stockholder.

[*Signature page follows*]

IN WITNESS WHEREOF, this written consent has been executed on and shall be effective on the date first set forth above.

STOCKHOLDER:

**BAY POINT CAPITAL PARTNERS II, LP**

By:   BAY POINT ADVISORS LLC, its General Partner

By: _____/s/ Charles Andros_____
Charles Andros, its Manager

*Signature Page – Stockholder's Written Consent*
*Electing Director (Aberdeen Enterprises, Inc.)*