# **Exhibit X**

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS OF
# ABERDEEN ENTERPRISES, INC.

## JULY 18, 2023

The undersigned, being the sole member of the board of directors (the "***Board***") of Aberdeen Enterprises, Inc., a Delaware corporation (the "***Corporation***"), hereby adopts, by this action by written consent in lieu of a meeting (this "***Written Consent***") in accordance with the Delaware General Corporation Law, the following resolutions with the same force and effect as if they had been adopted at a duly convened meeting of the Board:

**Issuance of Shares**

WHEREAS, the certificate for the Shares ("***Certificate No. 1***") has been surrendered to the Corporation, duly endorsed or accompanied by proper evidence of succession, assignment, or authority to transfer, and proper evidence of compliance with other conditions to rightful transfer the Shares from the Stockholder to Bay Point Capital Partners II, LP (the "***Lender***");

NOW, THEREFORE, BE IT RESOLVED, that the Board approves, adopts, and ratifies the cancellation of Certificate No. 1 and issuance to the Lender of a certificate of shares relating to the issuance of common stock of the Corporation, par value $0.01 per share, in the respective amounts listed below, the form, terms and conditions:

| Certificate No. | Name | Number of Shares of Common Stock |
|---|---|---|
| 2 | Bay Point Capital Partners II, LP | 100 |

FURTHER RESOLVED, that the form, terms and conditions for certificates of shares of common stock attached hereto as Exhibit A and incorporated herein by reference is hereby adopted, approved, and ratified, and that stock certificates in such form and with such terms and provisions, appropriately completed, may be signed by the appropriate officers of the Corporation as set forth in the Corporation's bylaws; and

FURTHER RESOLVED, that the Corporation shall record the above transactions upon its books.

**Enabling Resolution**

FURTHER RESOLVED, that any act taken or done by any officer or agent of the Corporation to facilitate the transactions contemplated by these resolutions is hereby ratified and approved; and the officers and agents of the Corporation are authorized and directed to do such further acts and deeds, and to execute, acknowledge, file, and deliver for and on behalf of the Corporation such other agreements, documents, papers, and instruments as they deem necessary, appropriate, advisable, or required, in order to effectuate the purpose and intent of these resolutions and to resolve, in their individual discretion, all questions of method, form, and detail; and the

taking of any such acts and deeds, and the execution and delivery of any such documents, papers, and instruments is hereby ratified and approved;

FURTHER RESOLVED, any copy, facsimile or other reliable reproduction of this action by Written Consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used;

FURTHER RESOLVED, that an executed copy of this Written Consent shall be filed with the minutes of the proceedings of the Board of Directors.

[*Signature Page Follows*]

IN WITNESS WHEREOF, the undersigned director has duly executed this Written Consent as of the date set forth above.

DIRECTOR:

_____
Charles Andros

*Signature Page – Written Consent to Issue Shares (Aberdeen Enterprises, Inc.)*

DocuSign Envelope ID: EB73A55F-BD2D-41E9-AE2C-A5EE961D60CF

## Exhibit A

**Form of Stock Certificate**

See Attached



## EXPLANATION OF ABBREVIATIONS

The following abbreviations, when used in the inscription of ownership on the face of this certificate, shall be construed as if they were written out in full according to applicable laws or regulations. Abbreviations, in addition to those appearing below, may be used.

| | | | |
|---|---|---|---|
| JT TEN | As joint tenants with right of survivorship and not as tenants in common | TEN ENT | As tenants by the entireties |
| TEN COM | As tenants in common | UNIF GIFT MIN ACT | Uniform Gifts to Minors Act |
| | | CUST | Custodian for |
| | | UNIF TRANS MIN ACT | Uniform Transfers to Minors Act |

For Value Received, _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER OF ASSIGNEE

_____

_____ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint _____ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Dated _____ A.D. 20___

In presence of _____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR — WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATSOEVER.



ABERDEEN ENTERPRISES, INC.
CERTIFICATE
FOR 100 SHARES OF Common Stock
Issued to Bay Point Capital Partners II, LP
Dated July 18, 2023

THE SHARES REPRESENTED BY THIS CERTIFICATE HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR UNDER ANY OTHER APPLICABLE SECURITIES LAWS AND MAY NOT BE TRANSFERRED, SOLD, ASSIGNED, PLEDGED, HYPOTHECATED OR OTHERWISE DISPOSED EXCEPT (A) PURSUANT TO A REGISTRATION STATEMENT EFFECTIVE UNDER SUCH ACT AND LAWS, OR (B) PURSUANT TO AN EXEMPTION FROM REGISTRATION THEREUNDER.