# **EXHIBIT C**

(Proposed Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Aberdeen Enterprises, Inc.,<br>Brickchurch Enterprises, Inc.,<br><br>                          Debtors. | Chapter 11<br><br>Case No. 23-72834-AST<br>Case No. 22-70914-AST<br><br>Jointly Administered |

**ORDER GRANTING BAY POINT CAPITAL PARTNERS II, LP'S EMERGENCY MOTION FOR AN ORDER PURSUANT TO 11 USCS § 105**

Upon consideration of *Bay Point Capital Partners II, LP's Emergency Motion for an Order Pursuant to 11 USCS § 105 Prohibiting Louise Blouin From Contacting Bay Point Capital Partners 11, LP and Granting Related Relief* (the "Motion")[4] and the Court being satisfied that the requested relief is necessary and in the best interests of the Debtors' estates, creditors, and other parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is required; and all objections to the Motion being withdrawn or overruled; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that Louise Blouin ("Blouin") from directly or indirectly communicating with Andros or anyone at Bay Point except through the BVI Companies' Counsel; it is further

**ORDERED**, that Blouin shall not attend, have discretion over, or otherwise be involved in the chapter 11 sale of the Properties, except to the extent her participation becomes necessary or requested by a party in interest or the Court; and it is further

---

[4] Capitalized terms not defined herein shall have the meanings ascribed thereto in the Motion.

1

**ORDERED**, that any party-in-interest requesting Blouin's participation in the sale of the Properties file with this Court a letter stating the reasons therefor and serve such letter on the Debtors and Bay Point giving them an opportunity to respond, and if necessary, a hearing will be held on the matter; and it is further

**ORDERED**, that Blouin and any person related to her shall completely move out of the Properties on or before October 1, 2023; and it is further

**ORDERED**, that this Court shall retain jurisdiction to construe and enforce the terms of this Order.