# UNITED STATES BANKRUPTCY COURT

## EASTERN  DISTRICT OF  NEW YORK

In Re. Brickchurch Enterprises, Inc.

§
§
§
§

Debtor(s)

Case No.  22-70914

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2023

Petition Date: 04/30/2022

Months Pending: 16

Industry Classification: 5 3 1 3

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mathew Kabatoff
Signature of Responsible Party

09/24/2023
Date

Mathew Kabatoff
Printed Name of Responsible Party

366 Gin Lane, Southampton NY, 11968
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Brickchurch Enterprises, Inc.                    Case No. 22-70914

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $4,376 | |
| b.  Total receipts (net of transfers between accounts) | $127,945 | $2,667,758 |
| c.  Total disbursements (net of transfers between accounts) | $57,668 | $2,593,124 |
| d.  Cash balance end of month (a+b+c) | $74,653 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $53,805,638 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $57,668 | $56,398,762 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $0 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.  Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 | |
| d   Total current assets | $74,653 | |
| e.  Total assets | $25,862,603 | |
| f.  Postpetition payables (excluding taxes) | $61,510,506 | |
| g.  Postpetition payables past due (excluding taxes) | $0 | |
| h.  Postpetition taxes payable | $0 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $61,510,506 | |
| k.  Prepetition secured debt | $0 | |
| l.  Prepetition priority debt | $0 | |
| m.  Prepetition unsecured debt | $13,136,183 | |
| n.  Total liabilities (debt) (j+k+l+m) | $74,646,689 | |
| o.  Ending equity/net worth (e-n) | $-48,784,086 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $57,667 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $1,240,000 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $-1,297,677 | $-16,937,173 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Brickchurch Enterprises, Inc.                                    Case No.  22-70914

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $1,372,631 | $0 | $0 | $30,000 |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i | Camisha Simmons PLLC | Lead Counsel | $180,000 | $0 | | $5,000 |
| ii | Craig Robbins ESQ | Other | | | | $25,000 |
| iii | Belowich & Walsh | Special Counsel | $7,500 | $0 | $0 | |
| iv | Bedell Cristin | Special Counsel | $17,109 | $0 | $0 | |
| v | Thompson Hine LLP | Special Counsel | $500,000 | $0 | $0 | |
| vi | JFI Law | Special Counsel | $208,021 | $0 | $0 | |
| vii | Duane Morris | Special Counsel | $450,000 | $0 | $0 | |
| viii |  Collas Crill BVI | Special Counsel | $10,000 | $0 | $0 | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Brickchurch Enterprises, Inc.                    Case No.  22-70914

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Brickchurch Enterprises, Inc.                          Case No.  22-70914

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Brickchurch Enterprises, Inc.                    Case No.  22-70914

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  Brickchurch Enterprises, Inc.                                        Case No.  22-70914

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  Brickchurch Enterprises, Inc.                    Case No.  22-70914

|   | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
|   | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

### Part 6:  Postpetition Taxes

| | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $266,279 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $269,135 |

### Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ⦿

c. Were any payments made to or on behalf of insiders?  Yes ○  No ⦿

d. Are you current on postpetition tax return filings?  Yes ○  No ⦿

e. Are you current on postpetition estimated tax payments?  Yes ○  No ⦿

f. Were all trust fund taxes remitted on a current basis?  Yes ○  No ⦿

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ⦿

i. Do you have:  Worker's compensation insurance?  Yes ○  No ⦿

  If yes, are your premiums current?  Yes ○  No ○  N/A ⦿  (if no, see Instructions)

  Casualty/property insurance?  Yes ⦿  No ○

  If yes, are your premiums current?  Yes ⦿  No ○  N/A ○  (if no, see Instructions)

  General liability insurance?  Yes ⦿  No ○

  If yes, are your premiums current?  Yes ⦿  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ⦿

k. Has a disclosure statement been filed with the court?  Yes ○  No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ○

Debtor's Name  Brickchurch Enterprises, Inc.                    Case No.  22-70914

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

s/Mathew Kabatoff                                               Mathew Kabatoff
_____                                _____
Signature of Responsible Party                                 Printed Name of Responsible Party

Director                                                       09/24/2023
_____                                _____
Title                                                          Date

Debtor's Name Brickchurch Enterprises, Inc.    Case No. 22-70914



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Brickchurch Enterprises, Inc.                     Case No. 22-70914



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Brickchurch Enterprises, Inc.                    Case No.  22-70914



PageThree



PageFour

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re BRICKCHURCH ENTERPRISES INC.          Case No. 22-70914

    Debtor                       Reporting Period:    Aug-23

                                  Federal Tax I.D. #  04-3417524

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____                
Signature of Debtor                             Date

_____
Signature of Authorized Individual*                      Date

Printed Name of Authorized Individual - Mathew Kabatoff - Director    Date      9/24/2023

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re BRICKCHURCH ENTERPRISES INC.                    Case No. 22-70914
_____                                _____
          Debtor                      Reporting Period:    Aug-23
                                                        _____

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month
or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING  OF MONTH | 4,375.63 | | | | 4,375.63 |
| RECEIPTS | | | | | |
| CASH  SALES | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | |
| LOANS AND ADVANCES | | | | 127,943.65 | 127,943.65 |
| SALE  OF  ASSETS | | | | | |
| OTHER  *(ATTACH LIST)* | | | | 1.62 | 1.62 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | |
| TOTAL  RECEIPTS | | | | 127,945.27 | 127,945.27 |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | | | | | |
| PAYROLL TAXES | | | | | |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | |
| INSURANCE | | | | | |
| ADMINISTRATIVE | | | | | |
| SELLING | | | | | |
| OTHER  *(ATTACH  LIST)* | | | | 56,268.38 | 56,268.38 |
| OWNER DRAW * | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | | |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | 1,400.00 | 1,400.00 |
| COURT COSTS | | | | | |
| TOTAL DISBURSEMENTS | | | | 57,668.38 | 57,668.38 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | 70,276.89 |
| CASH – END OF MONTH (May 31) | | | | | 74,652.52 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| TOTAL DISBURSEMENTS | 57,668.38 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 57,668.38 |

| RECEIPTS | |
|---|---|
| OTHER | |
| Interest Payment | 1.62 |

| DISBURSEMENTS | | |
|---|---|---|
| OTHER | DESCRIPTION | |
| Quickbooks | Utilities | 310.80 |
| Winter Bros | Waste disposal | 255.27 |
| Optimum | Utilities | 257.94 |
| Optimum | Utilities | 285.57 |
| LIPA Electricity | Utilities | 3452.57 |
| ADT Security | Utilities | 341.30 |
| Lance Nill | Repairs | 3579.10 |
| Herrick Hardware | Building supplies | 1575.03 |
| Colstan & Associates | Insurance | 40,562.55 |
| Mulco Plumbing & Heating | Plumbing | 5,123.25 |
| Flying Point Appliance | Repairs | 500.00 |
| Wire service charges | | 25.00 |

**In re** BRICKCHURCH ENTERPRISES INC.                    **Case No.** 22-70914

        **Debtor**                                              **Reporting Period:**                Aug-23

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | 4,375.63 | | | |
| | | | | |
| BANK BALANCE | 4,375.63 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER  *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE** * | 4,375.63 | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re BRICKCHURCH ENTERPRISES INC.                    Case No.        22-70914
_____                   _____
        Debtor                                 Reporting Period:       Aug-23
                                                     _____

**STATEMENT OF OPERATIONS**  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Gross Revenues | | |
| Less:  Returns and Allowances | | |
| Net Revenue | | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs *(attach schedule)* | | |
| Less:  Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | 40,563 | 148,375 |
| Management Fees/Bonuses | | |
| Office Expense | 336 | 1,117 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 10,777 | 982,670 |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | 59 |
| Taxes - Payroll | | |
| Taxes - Real Estate | | 266,279 |
| Taxes - Other | | 269,135 |
| Travel and Entertainment | | 0 |
| Utilities | 4,593 | 98,221 |
| Other *(attach schedule)* | | 6,436,640 |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | -2 | -84 |
| Interest Expense | 1,240,000 | 6,970,182 |
| Other Expense *(attach schedule)* | | 113,892 |
| Net Profit (Loss) Before Reorganization Items | | |

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | 1,390,131 |
| U. S. Trustee Quarterly Fees | 1,400 | 253,057 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | 7,500 |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | -1,297,667 | -16,937,173 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| Interest | 1.62 | 81 |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| Bank Charges | 25 | 1,338 |
| Accounting Charges | | 7,200 |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| Additional Legal expenses | | 50,000 |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re BRICKCHURCH ENTERPRISES INC.                         Case No. 22-70914

**Debtor**                                    Reporting Period:            Aug-23

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | 74,653 | 4,376 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | 527,383 | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | 602,036 | 4,376 | |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | 14,589,796 | 14,589,796 | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:   Accumulated Depreciation | -2,666,649 | -2,666,649 | |
| *TOTAL PROPERTY & EQUIPMENT* | 11,923,147 | 11,923,147 | |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | 13,337,421 | 13,337,421 | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | 13,337,421 | 13,337,421 | |
| *TOTAL ASSETS* | 25,862,603 | 25,264,943 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | 2,480,000 | 1,240,000 | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | 10,656,183 | 10,656,183 | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 13,136,183 | 11,896,183 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | 61,510,506 | 60,855,180 | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| *TOTAL PRE-PETITION LIABILITIES* | 60,643,420 | 60,855,180 | |
| *TOTAL LIABILITIES* | 74,646,689 | 72,751,362 | |
| **OWNERS' EQUITY** | | | |
| Capital Stock | 1 | 1 | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | -31,846,914 | -31,846,914 | |
| Retained Earnings - Post-petition | -16,937,173 | -15,639,506 | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions  *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | -48,784,086 | -47,486,420 | |
| *TOTAL LIABILITIES AND OWNERS' EQUITY* | 25,862,602 | 25,264,943 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).                         0                    0

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**In re** BRICKCHURCH ENTERPRISES INC.

**Debtor**

**Case No.** 22-70914

**Reporting Period:** Aug-23

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | |
|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Craig Robbins ESQ |  | 25,000.00 | 25,000.00 |  |  |
| Camisha Simmons PLLC |  | 180,000.00 | 5,000.00 |  |  |
| Belowich & Walsh |  |  | 7,500.00 |  |  |
| Thompson Hine LLP |  | 500,000.00 |  |  |  |
| JFI Law |  | 208,021.32 |  |  |  |
| Duane Morris |  | 450,000.00 |  |  |  |
| Collas Crill BVI |  | 10,000.00 |  |  |  |
| Bedell Cristin |  | 17,109.37 |  |  |  |
| Holland Knight |  | 50,000.00 | 50,000.00 |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL PAYMENTS TO PROFESSIONALS | | 1,440,130.69 | 37,500.00 |  |  |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED  MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Bay Point Interest Reserve | 516,667 | 516,667 | 3,100,000.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS | 3,100,000.00 | 0.00 |  |

# Navigate Business Checking℠

August 31, 2023 ■ Page 1 of 5



BRICKCHURCH ENTERPRISES, INC
DEBTOR IN POSSESSION
CH11 CASE #22-70914 (ENY)
366 GIN LN
SOUTHAMPTON NY 11968-5077

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $4,375.63 |
| Deposits/Credits | 133,952.15 |
| Withdrawals/Debits | - 63,675.26 |
| **Ending balance on 8/31** | **$74,652.52** |

Account number: ███████████

**BRICKCHURCH ENTERPRISES, INC
DEBTOR IN POSSESSION
CH11 CASE #22-70914 (ENY)**

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.62 |
| Average collected balance | $38,094.53 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $1.62 |
| Interest paid this year | $65.08 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/4 | | WT Fed#06843 Bmo Harris Bank N. /Org=Bay Point Capital Partners II Lp Srf# Har230804274748 Trn#230804129954 Rfb# | 67,137.37 | | |
| 8/4 | | Recurring Payment authorized on 08/03 Winters Bros Waste 631-2447272 NY S463215505787265 Card 7758 | | 255.27 | 71,257.73 |
| 8/7 | | Purchase authorized on 08/04 Herrick Hdwe Inc Southampton NY S583216425397497 Card 7758 | | 959.39 | |
| 8/7 | | Purchase authorized on 08/05 Herrick Hdwe Inc Southampton NY S383217410915206 Card 7758 | | 473.43 | |
| 8/7 | | Purchase authorized on 08/05 Herrick Hdwe Inc Southampton NY S463217412871331 Card 7758 | | 120.53 | |
| 8/7 | | Purchase authorized on 08/05 Herrick Hdwe Inc Southampton NY S303217469076956 Card 7758 | | 21.68 | |
| 8/7 | | WT Fed#01345 Dime Community Ban /Ftr/Bnf=Lance Nill Inc Srf# Ow00003496502752 Trn#230807023979 Rfb# Ow00003496502752 | | 3,579.10 | |
| 8/7 | | WT 230807-147132 M and T Bank /Bnf=Colstan Associates Srf# Ow00003498947478 Trn#230807147132 Rfb# Ow00003498947478 | | 21,000.00 | 45,103.60 |
| 8/9 | | Purchase authorized on 08/08 Colstan & Associat 516-439-4144 NY S583220752711445 Card 7758 | | 19,562.55 | 25,541.05 |
| 8/10 | | Purchase authorized on 08/09 Mulco Plumbing & H Quogue NY S303221542158460 Card 7758 | | 5,123.25 | 20,417.80 |
| 8/14 | | Purchase authorized on 08/11 Flying Point Appli 631-3773464 NY S583223385786195 Card 7758 | | 500.00 | 19,917.80 |
| 8/17 | | Recurring Payment authorized on 08/15 Optimum 7839 631-393-0636 NY S303227644167481 Card 7758 | | 285.57 | 19,632.23 |
| 8/23 | < | Business to Business ACH Debit - Quarterly Fee Payment 230822 0000 Brickchurch Enterprise | | 1,400.00 | 18,232.23 |
| 8/24 | | Recurring Payment authorized on 08/22 Optimum 7839 631-393-0636 NY S463235019715785 Card 7758 | | 257.94 | 17,974.29 |
| 8/25 | | WT Fed#07519 Bmo Harris Bank NA /Org=Bay Point Capital Partners II Lp Srf# Har230825975643 Trn#230825143854 Rfb# | 60,806.28 | | 78,780.57 |
| 8/28 | | Purchase authorized on 08/26 Adtsecurity Myadt. 800-238-2727 FL S383238779687030 Card 7758 | | 341.30 | 78,439.27 |
| 8/30 | | Lipa Online Pay 230828 0772800545 Louise Blouin 11 | | 3,452.57 | 74,986.70 |
| 8/31 | | WT Seq190733 WF Return Wires IN Proc /Org= Srf# 2023083100189246 Trn#230831190733 Rfb# | 6,006.88 | | |
| 8/31 | | Wire Trans Svc Charge - Sequence: 230831185643 Srf# Ow00003577600391 Trn#230831185643 Rfb# Ow00003577600391 | | 25.00 | |
| 8/31 | | Recurring Payment authorized on 08/30 Intuit *Quickbooks Cl.Intuit.Com CA S383242377107564 Card 7758 | | 310.80 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 8/31 | | WT Fed#09189 Capital One, NA /Ftr/Bnf=Mulco Plumbing Srf# Ow00003577600391 Trn#230831185643 Rfb# Ow00003577600391 | | 6,006.88 | |
| 8/31 | | Interest Payment | 1.62 | | 74,652.52 |
| | | Ending balance on 8/31 | | | 74,652.52 |
| | | Totals | $133,952.15 | $63,675.26 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2023 - 08/31/2023 | Standard monthly service fee $25.00 | You paid $0.00 | |
|-----------------------------------|--------------------------------------|----------------|---|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| • Minimum daily balance | $10,000.00 | $4,375.63 | ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $36,875.99 | ✓ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | | |
| - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | | |
| - Average ledger balance in your Business Time Account | | | |

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

August 31, 2023 ■ Page 4 of 5





# IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801