| | |
|---|---|
| From: | Louise Blouin |
| To: | NYEB_DropBox; Camisha Simmons; john.allerding_thompsonhine.com; Mathew Kabatoff; Kevin J. Nash |
| Subject: | FW: Baypoint |
| Date: | Tuesday, December 19, 2023 7:10:12 PM |
| Attachments: | Exhibit -4-.pdf |
| | Exhibit -3-.pdf |
| | Exhibit -1-.pdf |
| | Exhibit -2-.pdf |
| | Bay Point Version - December 17, 2023.pdf |
| | Exhibit -8-.pdf |
| | Exhibit -7-.pdf |
| | Exhibit -5-.pdf |
| | Exhibit -6-.pdf |
| | Exhibit -9-.pdf |
| | Exhibit -13.1-.pdf |
| | Exhibit -10-.pdf |
| | Exhibit -11-.pdf |
| | Exhibit -14-.pdf |
| | Exhibit -12-.pdf |
| | Exhibit -17-.pdf |
| | Exhibit -15-.pdf |
| | Exhibit -16-.pdf |
| | Exhibit -13-.pdf |
| | Exhibit -18-.pdf |
| | Exhibit -19-.pdf |
| | Exhibit -20-.pdf |
| | Exhibit -21-.pdf |
| | Exhibit -22-.pdf |
| | Exhibit -25-.pdf |
| | Exhibit -23-.pdf |
| | Exhibit -24-.pdf |
| | Exhibit -27-.pdf |
| | Exhibit -26-.pdf |
| | Exhibit -28-.pdf |
| | Exhibit -29-.pdf |
| | Exhibit -30-.pdf |
| | Exhibit -33-.pdf |
| | Exhibit -34-.pdf |
| | Exhibit -31-.pdf |
| | Exhibit -32-.pdf |
| | Exhibit -35-.pdf |
| | Exhibit -36-.pdf |
| | Exhibit -38-.pdf |
| | Exhibit -39-.pdf |
| | Exhibit -37-.pdf |
| | Exhibit -40-.pdf |
| | Exhibit -41-.pdf |
| | Exhibit -44-.pdf |
| | Exhibit -43-.pdf |
| | Exhibit -42-.pdf |
| | Exhibit -45-.pdf |
| | IMG_7236.PNG |
| | IMG_7235.PNG |
| | Louise Blouin Biography.pdf |

**CAUTION - EXTERNAL:**

**COURT NOTES**

**Please read the Baypoint- Nefarious schemes summary that is an attachment above .**

Bay Point Chief Investment Officer Charles Andros refused to delay the marketing by a few days while his broker Tim Davis engaged in price steering to overshadow the auction. The recent evaluation from JP Morgan stands at $150 million.