

**U.S. Department of Justice**

Office of the United States Trustee
*Eastern District of New York*
*(Central Islip Division)*

---

*Long Island Federal Courthouse*   Telephone: (631) 715-7800
*560 Federal Plaza*   Fax:   (631) 715-7777
*Central Islip, New York 11722-4456*

January 24, 2024

<u>*Via ECF*</u>
Hon. Alan S. Trust
U.S. Chief Bankruptcy Judge
290 Federal Plaza
Courtroom 960
Central Islip, NY 11722

Re:  **In re Aberdeen Enterprises Inc.**
     **Case No.: 23-72834**
     *Jointly administered* **In re Brickchurch Enterprises Inc.**
     **Case No.: 22-70914**

Dear Hon. Trust:

     Please allow this to serve as notice that a ruling conference will be held on February 10, 2024 at 10:00a.m. for the Office of the United States Trustee's Motion to Dismiss, or in the alternative, to Convert this Chapter 11 to One Under Chapter 7, or in the alternative, to Appoint a Chapter 11 Trustee, (Aberdeen ECF Docket No. 99) heard on January 17, 2024.

     Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

*/S/William J. Birmingham*
William J. Birmingham
Trial Attorney
Office of the United States Trustee
United States Department of Justice