**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ABERDEEN ENTERPRISES, INC.** | **Case No. 23-72834-AST** |
| **BRICKCHURCH ENTERPRISES, INC.** | **Case No. 22-70914-AST** |
| **Debtors.** | **Jointly Administered** |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on February 20, 2024, the undersigned caused true and correct copies of the following documents (collectively, the "Filed Documents") to be filed on the Court's docket which caused electronic service of the Filed Documents upon the counsel and parties of record that have consented to such service through the Court's Electronic Case Filing System:

- Notice of Filing of Schedule A to Bay Point Capital Partners II, LP's and the Debtors' Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code [D.I. 221] (the "Notice").

The undersigned attorney hereby further certifies that, at 9:57 am (Eastern)[1] on February 20, 2024, the undersigned caused a true and correct copy of the Notice to be served via direct e-mail to the individuals listed in **Exhibit A** annexed hereto.

---

[1] Except as otherwise identified on Exhibit A.

DATE:  February 20, 2024          Respectfully submitted,

THOMPSON HINE LLP

/s/ John C. Allerding
John C. Allerding (admitted pro hac vice)
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
P: 404.407.3676 / F: 404.541.2905
John.Allerding@ThompsonHine.com
*Counsel for Bay Point Capital Partners II, LP*

# EXHIBIT A

- William Birmingham, counsel for the Office of the United States Trustee, at william.birmingham@usdoj.gov; USTPRegion02.LI.ECF@usdoj.gov
- Camisha Simmons, counsel for Brickchurch Enterprises, Inc., at Camisha@SimmonsLegal.Solutions
- Kevin J. Nash, counsel for Aberdeen Enterprises, Inc., at kjnash@gwulaw.com
- J. Ted Donovan, counsel for Aberdeen Enterprises, Inc., at Tdonovan@gwfglaw.com
- Arthur E Rosenberg, on behalf of Holland Knight, at arthur.rosenberg@hklaw.com; elvin.ramos@hklaw.com; glenn.huzinec@hklaw.com; hapi@hklaw.com; amy.leal@hklaw.com
- Brett Messinger, on behalf of Duane Morris, at BLmessinger@duanemorris.com; emariney@duanemorris.com; emariney@duanemorris.com
- Craig D Robins, at CraigR@CraigRobinsLaw.com; lauren@craigrobinslaw.com; ECF@craigrobinslaw.com; Carolyn@craigrobinslaw.com
- Avrum J. Rosen, on behalf of the Law Offices of Avrum J. Rosen, at arosen@ajrlawny.com; atsionis@ajrlawny.com; npizzo@ajrlawny.com; emeade-bramble@ajrlawny.com; ddobbin@ajrlawny.com
- Anne Sylvia, on behalf of the IRS, at Anne.Sylvia@IRS.gov
- Edward J. Murphy, counsel for the IRS, at Edward.J.Murphy@usdoj.gov; northern.taxcivil@usdoj.gov
- Jacqueline Kelly, counsel for Morgan Stanley Private Bank National Association, at Jacqueline.Kelly@RoachLin.com
- PSE&G Long Island, at PSEGLongIslandBankruptcy@PSEG.com
- Meg Augustine, counsel for Sotheby's International Realty, Inc., at Meg@SaccolloLegal.com
- Elizabeth Malang, counsel for Sotheby's International Realty, Inc., at EMalang@RyanConlon.com
- Kenneth Rusinko, counsel for JGB Partners, at Kenneth.Rusinko@HaynesBoone.com
- Richard Kanowitz, counsel for JGB Partners, at Richard.Kanowitz@HaynesBoone.com
- Margaret Salvatore, counsel for JGB Partners, at margaret.salvatore@haynesboone.com
- Martha Wyrick, counsel for JGB Partners, at martha.wyrick@haynesboone.com
- Leslie Thorne, counsel for JGB Partners, at leslie.thorne@haynesboone.com
- Enid Stuart, on behalf of the New York State Attorney General, at

Enid.Stuart@AG.NY.gov
- Victoria R. Serigano, on behalf of Schwartz Sladkus Reich Greenberg Atlas LLP, at VSerigano@ssrga.com
- Jeffrey Dayton, Suffolk County Comptroller, at Jeffrey.Dayton@SuffolkCountyNY.gov
- Douglas Sutherland, acting Suffolk County Chief Deputy Comptroller, at douglas.sutherland@suffolkcountyny.gov
- Suffolk County Comptroller, at treasurer@suffolkcountyny.gov
- Hon. Theresa A. Kiernan, on behalf of the Town of Southampton, New York, at tkiernan@southamptontownny.gov
- Louise Blouin, at lt@ltbholding.com
- Louise Blouin, at accounts@ltbholding.com
- Elizabeth Malang, counsel for Morgan Stanley Private Bank National Association, at emalang@ryanconlon.com
- Anne Rosenbach, counsel for Dream Yards, at rosenbachlawfirm@gmail.com
- TGDgroup, on behalf of the Corcoran Group, at TGDgroup@corcoran.com
- Jocelyn Hass, on behalf of the Corcoran Group, at Jocelyn.Haas@corcoran.com*
- Timothy Davis, on behalf of the Corcoran Group, at Timothy.Davis@corcoran.com*
- Ernest Cervi, on behalf of the Corcoran Group, at Ernest.Cervi@corcoran.com*
- Meg Augustine, counsel for Sotheby's International Realty, at meg@saccullolegal.com
- Nanette Hansen, on behalf of Sotheby's International Realty, at Nanette.Hansen@sothebys.realty*
- Harald Grant, on behalf of Sotheby's International Realty, at Harald.Grant@sothebys.realty*
- Joseph De Sane, on behalf of Bespoke Real Estate, at JD@bespokerealestate.com*
- Cody Vichinsky, on behalf of Bespoke Real Estate, at Cody@bespokerealestate.com*
- Geoff Gifkins, on behalf of Nestseekers International, at GeoffG@nestseekers.com
- Mathew Kabatoff at mkabatoff@ltbholding.com
- Kristin Tess, on behalf of Morgan Stanley Private Bank National Association, at Kristin.Tess@morganstanley.com
- Russell Garber, on behalf of Morgan Stanley Private Bank National Association, at Russell.Garber@morganstanley.com

- Howard Goldwasser, counsel for Morgan Stanley Private Bank National Association, at hgoldwasser@orrick.com
  Jon Langlois, counsel for Morgan Stanley Private Bank National Association, at
- JLanglois@orrick.com
- Jacqueline Kelley, counsel for Morgan Stanley Private Bank National Association, at Jacqueline.Kelly@roachlin.com; bankruptcy@roachlin.com
- Chad Roffers, on behalf of Concierge Auctions, LLC, at chad.roffers@conciergeauctions.com
- Nicole King, counsel for Concierge Auctions, LLC, at nking@capobiancolaw.com
- Anthony Capobianco, counsel for Concierge Auctions, LLC, at acapobianco@capobiancolaw.com
- Mark N. Parry, counsel for Concierge Auctions, LLC, at MParry@mosessinger.com
- Sarah Tadros Awad, counsel for 366 Gin Lane, LLC and 376 Gin Lane, LLC, at sawad@romerdebbas.com
- Pierre Debbas, counsel for 366 Gin Lane, LLC and 376 Gin Lane, LLC, at PDebbas@romerdebbas.com

**\*** The Listing Broker Team was inadvertently left off of the initial email. The Notice was provided to the Listing Broker Team at 9:43 pm (Eastern) on February 20, 2024.