IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Aberdeen Enterprises, Inc.,<br>Brickchurch Enterprises, Inc., | Case No. 23-72834-AST<br>Case No. 22-70914-AST |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF EXHIBIT LIST IN CONNECTION
WITH THE CONFIRMATION OF THE BAY POINT CAPITAL
PARTNERS II, LP'S AND THE DEBTORS' SECOND AMENDED JOINT
LIQUIDATING PLAN UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**TO PARTIES IN INTEREST IN THESE CHAPTER 11 CASES:**

**PLEASE TAKE NOTICE** that a combined hearing (the "**Confirmation Hearing**") on (i) *Bay Point Capital Partners II, LP's and the Debtors' Second Amended Joint Liquidating Plan under Chapter 11 of the Bankruptcy Code* [D.I. 215] (the "**Plan**" or the "**Joint Plan**"), and (iii) *Bay Point Capital Partners II, LP's and the Debtors' Joint Disclosure Statement* [D.I. 218] (the "**Disclosure Statement**"), was held in-person before the Honorable Alan S. Trust, United States Bankruptcy Judge, at the Bankruptcy Court (the "**Court**") located at Courtroom 960, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, at **11:00 am (Eastern) on February 27, 2024**.

**PLEASE TAKE FURTHER NOTICE** that on February 16, 2024, the Court entered the *Amended Contested Matter Scheduling Order* [D.I. 223] (the "**Scheduling Order**") in connection with the Confirmation Hearing. The Scheduling Order states that parties may submit affidavits, and other evidence in support of their positions at the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that attached as **Exhibit A** hereto is a list of the exhibits offered on behalf of Bay Point Capital Partners II, LP.

DATE: February 28, 2024                      Respectfully submitted,

THOMPSON HINE LLP

/s/ John C. Allerding
John C. Allerding (admitted *pro hac vice*)
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
P: 404.407.3676 / F: 404.541.2905
John.Allerding@ThompsonHine.com

-and-

Alan R. Lepene (admitted *pro hac vice*)
3900 Key Center, 127 Public Square
Cleveland, Ohio 44114
P: 216.566.5500 / F: 216.566.5800
Alan.Lepene@ThompsonHine.com

*Counsel for Bay Point Capital Partners II, LP*

## EXHIBIT A

(Exhibit List)

| Exhibit | Title | ECF Number |
|---|---|---|
| Exhibit A | Fully Executed Loan and Security Agreement | 231 |
| Exhibit B | Fully Executed Mortgage (Aberdeen) | 231 |
| Exhibit C | Fully Executed Mortgage (Brickchurch) | 231 |
| Exhibit D | Fully Executed Guaranty Agreement | 231 |
| Exhibit E | Subordination Agreement | 231 |
| Exhibit F | First Notice of Event of Default (Borrowers) | 231 |
| Exhibit G | Secured Promissory Note (JGB) | 231 |
| Exhibit H | JGB Mortage | 231 |
| Exhibit I | Fully Executed Assignment of Mortgage (JGB) | 231 |
| Exhibit J | JGB Foreclosure Judgment | 231 |
| Exhibit K | Fully Executed Assignment of Civil Action and Judgment (JGB) | 231 |
| Exhibit L | JGB Forbearance Agreement | 231 |
| Exhibit M | Note (Morgan Stanley) | 231 |
| Exhibit N | Mortgage (Morgan Stanley) | 231 |
| Exhibit O | Assignment of Mortgage (MS Signed) | 231 |
| Exhibit P | Order Confirming Referee's Report and Ordering Foreclosure | 231 |
| Exhibit Q | Assignment of Judgment | 231 |
| Exhibit R | Bay Point POC (DIP Loan Debt) (Claim 5-1) | 231 |
| Exhibit S | Bay Point POC (JGB Debt) (Claim 6-1) | 231 |
| Exhibit T | Bay Point POC (MSPBNA Debt) (Claim 7-1) | 231 |

| Exhibit U | Notice of Filing of Declaration of Greg Jacobs | 231 |
|---|---|---|
| Exhibit V | Notice of Filing Supplemental Declaration of J. Allerding | 230 |
| Exhibit W | Certificate of Balloting | 246 |