

March 6, 2024

*Via ECF*

Hon. Alan S. Trust
U.S. Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re:  In re *Aberdeen Enterprises, Inc.* (Lead Case: 23-72834) and *In re Brickchurch Enterprises, Inc.* (Companion Case: 22-70914)

Your Honor:

As counsel to Bay Point Capital Partners II, LP ("**Bay Point**"), I am in receipt of correspondence from chambers dated March 6, 2024, advising that the hearings scheduled on March 18, 2024, at 2:00 p.m. (EST) have been adjourned to April 10, 2024, at 10:30 a.m. (est).

I have an in-person oral argument on April 9, 2024 in Pasadena, California before the 9th Circuit Court of Appeals (the "**9th Circuit Court**"). One of the matters rescheduled to be heard on the April 10, 2024, is the Motion of Avrum J. Rosen Pursuant to 11 U.S.C. 503(b)(3)(D) and (b)(4) (the "**Rosen 503 Motion**"), to which Bay Point intends to file an objection. Because of this, I anticipate the need to be physically present in the Court.

Accordingly, due of the physical distance between the Court and the 9th Circuit Court, I hereby request that the matters adjourned to April 10, 2024, at 10:30 a.m (est) be further adjourned to April 17, 2024, or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ John C. Allerding
John C. Allerding, Esq.
*Counsel for Bay Point*
*Capital Partners II, LP*

THOMPSON HINE LLP
ATTORNEYS AT LAW

Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266

www.ThompsonHine.com
Phone:  404.541.2900
Fax:  404.541.2905