IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Aberdeen Enterprises, Inc., | Case No. 23-72834-AST |
| Brickchurch Enterprises, Inc., | Case No. 22-70914-AST |
| Debtors. | Jointly Administered |

## NOTICE OF ADJOURNMENT

**TO PARTIES IN INTEREST IN THESE CHAPTER 11 CASES:**

**PLEASE TAKE NOTICE** that all matters originally scheduled to be heard before the Court in the above-captioned cases on March 18, 2024 **have been rescheduled to April 17, 2024 at 1:30 p.m. (est).**

DATE: March 6, 2024

Respectfully submitted,

THOMPSON HINE LLP

/s/ John C. Allerding
John C. Allerding (admitted *pro hac vice*)
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
P: 404.407.3676 / F: 404.541.2905
John.Allerding@ThompsonHine.com

*Counsel for Bay Point Capital Partners II, LP*