## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **ABERDEEN ENTERPRISES, INC.** | **Case No. 23-72834-AST** |
| **BRICKCHURCH ENTERPRISES, INC.** | **Case No. 22-70914-AST** |
| **Debtors.** | **Jointly Administered** |

### NOTICE OF FILING OF SCHEDULE A TO BAY POINT CAPITAL PARTNERS II, LP'S AND THE DEBTORS' SECOND AMENDED JOINT LIQUIDATING PLAN UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE OF THE FOLLOWING:

Bay Point Capital Partners II, LP has filed the attached document as Schedule A to *Bay Point Capital Partners II, LP's and the Debtors' Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* [D.I. 215] (the "Second Amended Joint Plan"). Schedule A was inadvertently left off the Second Amended Joint Plan when the Second Amended Joint Plan was originally filed.

Dated: February 20, 2024

Respectfully submitted,

THOMPSON HINE LLP

/s/ John C. Allerding
John C. Allerding (admitted pro hac vice)
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326
P: 404.407.3676 / F: 404.541.2905
John.Allerding@ThompsonHine.com
*Counsel for Bay Point Capital Partners II, LP*

## Schedule A

### (to Bay Point Capital Partners II, LP's and the Debtors' Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code)

| | Brickchurch (366 Gin Lane) | Aberdeen (376 Gin Lane) |
|---|---|---|
| Sale Price + Buyer's Premium | $43,345,280.00 | $45,661,440.00 |
| Listing Broker Fee Reserve | $192,500.00 | $202,500.00 |
| Buyer's Broker Fee Reserve | $385,000.00 | $405,000.00 |
| Auctioneer Fee Reserve | $770,000.00 | $810,000.00 |
| Auctioneer Expenses Reserve | $46,681.60 | $46,681.60 |
| State of New York (Secured Debt) | $1,997.79 | $168.20 |
| Bay Point (Morgan Stanley Debt) | | $16,248,932.00 |
| Bay Point (JGB Debt) | $29,444,734.72 | $26,892,813.08 |
| Bay Point (DIP Debt) | $11,451,967.17 | |
| US Trustee | $250,000.00 | $250,000.00 |
| Escrow Agent Reserve | $25,000.00 | $25,000.00 |
| IRS Administrative Expense Claim | $425,000.00 | $575,000.00 |
| State of New York Administrative Expense Claims | $154.52 | $6.87 |
| Duane Morris Administrative Expense Claim | $151,905.95 | |
| Simmons Legal Reserve | $135,000.00 | |
| Goldberg Weprin Finkel Goldstein LLP Reserve | | $140,000.00 |
| Mathew Kabatoff Fee Reserve | $30,000.00 | $30,000.00 |
| Accountant Fee Reserve | $10,000.00 | $10,000.00 |
| Law Offices of Avrum Rosen, PLLC Reserve | $25,338.25 | $25,338.25 |
| | $43,345,280.00 | $45,661,440.00 |