UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                               Chapter 11

ABERDEEN ENTERPRISES, INC.,                          Case No. 23-72834-AST
BRICKCHURCH ENTERPRISES, INC.,                       Case No. 22-70914-AST

                                Debtors.             Jointly Administered
-------------------------------------------------------------x
ABERDEEN ENTERPRISES, INC.                           Adv. Pro. No. 24-08029-AST

                        Plaintiff,

        v.

BAY POINT CAPITAL PARTNERS II, L.P.

                        Defendant.
-------------------------------------------------------------x

## NOTICE OF THIRD PARTY PAYMENT OF MEDIATION FEE

        **PLEASE TAKE NOTICE** that in furtherance of the Amended Mediation Order entered

herein on June 27, 2024, Mathew Kabatoff personally paid the Debtor's share of the mediation fee

of $12,500 upon presentment of a bill via a corresponding wire transfer.

Dated:  New York, New York
        July 15, 2024

                                Goldberg Weprin Finkel Goldstein LLP
                                *Counsel for Aberdeen Enterprises, Inc.*
                                125 Park Avenue, 12th Floor
                                New York, New York 10017
                                (212) 221-5700
                                tdonovan@gwfglaw.com

                                By:     /s/ J. Ted Donovan, Esq.