UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

ABERDEEN ENTERPRISES, INC.,                                     Case No. 23-72834-ast
BRICKCHURCH ENTERPRISES, INC.,                                  Case No. 22-70914-ast

                                         Debtors.                Jointly Administered
------------------------------------------------------------x

## ORDER APPROVING APPLICATION OF BESPOKE REAL ESTATE FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES

Bespoke Real Estate ("Bespoke"), by its counsel, Mose & Singer LLP, filed its application ("Application") for the allowance and payment of compensation for services and reimbursement of expenses. Bespoke was retained by the Debtors pursuant to that certain *Order Authorizing (I) the Retention of the Corcoran Group, Sotheby's International Realty and Bespoke Real Estate as Co-Real Estate Brokers; and (II) the Proposed Compensation Payable to a Buyer's Broker Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a)* (the "Retention Order") to act as a Listing Broker of those certain real properties commonly known as 366 Gin Lane, Southampton, New York 11968 ("366 Gin Lane") and 376 Gin Lane, Southampton, New York 11968 ("376 Gin Lane, and, collectively, with 366 Gin Lane, the "Properties").

The Court, finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order* issued by the U.S. District Court for the Eastern District of New York on December 5, 2012, *In re The Referral of Matters to the Bankr. Judges*; (b) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408-09; (c) this is a core proceeding within the meaning 28 U.S.C. § 157(b)(2); (d) notice of the Application was sufficient under the circumstances, and no objections have been received; (e) the relief sought in the Application is in the best interests of the Debtors, their creditors, and all parties in interest; and (f) the legal and factual bases set forth in the Application establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Application is approved to the extent set forth herein.

2. With regard to the debtors Brickchurch Enterprises, Inc., and Aberdeen Enterprises, Inc., the fees and expenses requested in the Application are allowed and payable to Bespoke in the aggregate amount of $131,666.67 for payment of compensation and $0.00 for reimbursement of expenses. The allowed fees payable to Bespoke by the debtors shall be paid as follows: the debtor Brickchurch Enterprises, Inc., shall pay $64,166.67 and the debtor Aberdeen Enterprises, Inc. shall pay $67,500.00.

3. The Chief Liquidating Officer, Gary F. Herbst, is authorized and directed to pay the compensation and reimbursement of expenses in the amounts described herein from the escrowed funds from the sale of the Properties.

4. This Order shall be immediately effective and enforceable upon its entry. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.



Dated: August 21, 2024
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge